William C. Jeanney, Esq.
Nevada State Bar No. 01235
BRADLEY, DRENDEL & JEANNEY
P.O. Box 1987
Reno, NV 89505
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARRA OTTO, as the surviving spouse of RICHARD OTTO; and CARRA OTTO as the Administratrix of the Estate of RICHARD OTTO,<br><br>Plaintiffs,<br><br>v.<br><br>MIDWESTERN, LLC.; ABC CORPORATIONS I-X, inclusive; BLACK AND WHITE COMPANIES I-X, inclusive, and JOHN DOES I-X, inclusive,<br><br>Defendants.<br>_____/ | Case No. 3:16-cv-00451-MMD-WGC |

**ORDER**

Having reviewed the Stipulation to Substitute Parties and to file a First Amended Complaint and all other papers on file herein,

IT IS HEREBY ORDERED that Plaintiffs may file the Proposed First Amended Complaint substituting Defendants REFACCIONES NEUMATICAS LA PAZ, S.A., DE and F & H MINE SUPPLY, INC. in place of Defendant MIDWESTERN, LLC.

IT IS FURTHER ORDERED that Defendant MIDWESTERN, LLC. is dismissed once the First Amended Complaint has been filed.

DATED THIS 27th day of September 2016.

_____
United States District Judge

Our File No. 202527

-1-