1 | ROBERT E. SCHUMACHER
Nevada Bar No. 7504
2 | LIANE S. BINOWITZ, ESQ.
Nevada Bar No. 7482
3 | GORDON & REES SCULLY MANSUKHANI LLP
300 South Fourth Street, Suite 1550
4 | Las Vegas, NV 89101
Telephone: (702) 577-9300 / Facsimile: (702) 255-2858
5 | rschumaker@gordonrees.com
lbinowitz@gordonrees.com

Attorneys for Defendant F & H MINE SUPPLY, INC.,
erroneously sued as F & H MINE SUPPLY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| CARRA OTTO, as the surviving spouse of RICHARD OTTO; and CARRA OTTO as the Administratrix of the Estate of RICHARD OTTO, | ) ) ) | CASE NO. 3:16-CV-00451-MMD-WGC |
|---|---|---|
| Plaintiffs, | ) ) ) | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT F & H MINE SUPPLY, INC.'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT (FIRST REQUEST)** |
| vs. | ) ) | |
| REFACCIONES NEUMATICAS LA PAZ, S.A., DE C.V.; F & H MINE SUPPLY, a foreign corporation; ABC CORPORATIONS 1-X, inclusive; BLACK AND WHITE COMPANIES I-X, inclusive, and JOHN DOES 1-20, inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to LR 7-1, Plaintiffs, CARRA OTTO, as the surviving spouse of RICHARD OTTO; and CARRA OTTO as the Administratrix of the Estate of RICHARD OTTO, ("Plaintiffs'"), by and through their counsel, William C. Jeanney, Esq., of the law firm Bradley, Drendel & Jeanney, and Defendant F & H MINE SUPPLY, INC., erroneously sued as F & H MINE SUPPLY, ("Defendant"), by and through its counsel, Robert E. Schumacher, Esq. and Liane S. Binowitz, Esq. of the law firm Gordon & Rees Scully Mansukhani LLP ("GR"), hereby stipulate and agree to an extension of Defendant's response to Plaintiffs' First Amended Complaint filed on September 28, 2016. Defendant's response is currently due on November 2, 2016 and pursuant to this Stipulation, will be continued to November 23, 2016.

Said continuance is being stipulated to in order to give Defendant adequate time to respond to Plaintiffs' Complaint in light of GR's recent retention. There have been no previous continuances or extensions requested regarding the filing of Defendant's response.

Dated this 31st day of October 2016

BRADLEY DRENDEL & JEANNEY

 /s/ William C. Jeanney
William C. Jeanney, Esq.
Nevada Bar No. 1235
P. O. Box 1988
Reno, NV  89505

**Attorneys for Plaintiff**

Dated this 31st day of October 2016

GORDON & REES SCULLY MANSUKHANI LLP

 /s/ Liane S. Binowitz
Robert E. Schumacher, Esq.
Nevada Bar No. 7504
Liane S. Binowitz, Esq.
Nevada Bar No. 7482
300 South Fourth Street, Suite 1550
Las Vegas, NV  89101

**Attorneys for  Defendant F & H MINE SUPPLY, INC., erroneously sued as F & H MINE SUPPLY**

**IT IS SO ORDERED.**

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE

Dated: November 1, 2016

-2-