UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CARRA OTTO, | Case No. 3:16-cv-00451-MMD-WGC |
| Plaintiff, | **MINUTES OF PROCEEDINGS** |
| vs. | |
| | August 30, 2017 |
| REFACCIONES NEUMATIAS LA PAZ, S.A. DE C.V., *et al.*, | |
| Defendants. | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>  Katie Lynn Ogden  </u>   REPORTER: <u>            FTR            </u>

COUNSEL FOR PLAINTIFF: <u>  William C. Jeanney (Present)                  </u>

COUNSEL FOR DEFENDANTS: <u>  Brian Walters (Telephonically)            </u>

**MINUTES OF PROCEEDINGS:**

1:34 p.m.  Court convenes.

     The court holds today's conference to discuss plaintiff's counsel's attempt to serve an international defendant Refacciones Neumaticas La Paz S.A. DE C.V.  The court is in receipt of plaintiff's supplement (ECF No. 58) in response to the court minute order filed 8/25/2017 (ECF No. 56).

     Mr. Jeanney confirms with the court that international defendant Refacciones Neumaticas La Paz S.A. DE C.V., has moved and service has not been effected.  Mr. Jeanney states that service of process must start over in view of the information that the international defendant moved and has a new address.

     In light of the revelation that Refacciones Neumaticas La Paz S.A. DE C.V., has moved and changed its address, and, in view of the protocol that must be observed to successfully serve an international entity, plaintiff's motion for additional time to serve Refacciones Neumaticas La Paz S.A. DE C.V., (ECF No. 55) is **GRANTED**.

Minutes of Proceedings
3:16-cv-00451-MMD-WGC
August 30, 2017

      The court recognizes the first attempt to serve Refacciones Neumaticas La Paz S.A. DE C.V., was a lengthy process; however, given the age of this case and without any discovery being conducted as to the international defendant, the court finds itself limited to the amount of time it can reasonably extend the deadline to effectuate service on the international defendant. Therefore, service must be completed no later than **Friday, 12/8/2017**, as to international defendant Refacciones Neumaticas La Paz S.A. DE C.V.

      Counsel for defendant F&H Mine Supply has to objection.

      Mr. Jeanney reports that discovery is ongoing with defendant F&H Mine Supply.

      The court schedules a status conference **Tuesday, 12/12/2017, at 10:00 a.m.** Counsel wishing to appear telephonically shall dial **1-877-873-8017**, enter the access code **3416460**, and enter the security code **121217** approximately five (5) minutes prior to the hearing.

      The being no additional matters to address at this time, court adjourns at 1:44 p.m.

                                              DEBRA K. KEMPI, CLERK OF COURT

                                              By: _____/s/_____
                                                    Katie Lynn Ogden, Deputy Clerk