William C. Jeanney, Esq.
Nevada State Bar No. 01235
BRADLEY, DRENDEL & JEANNEY
P.O. Box 1987
Reno, NV 89505
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARRA OTTO, as the surviving spouse of RICHARD OTTO; and CARRA OTTO as the Administratrix of the Estate of RICHARD OTTO,<br><br>Plaintiffs,<br><br>v.<br><br>REFACCIONES NEUMATICAS LA PAZ, S.A. DE C.V.; F & H MINE SUPPLY, a Foreign Corporation; MIDWESTERN, LLC; ABC CORPORATIONS I-X, inclusive; BLACK AND WHITE COMPANIES I-X, inclusive, and JOHN DOES I-X, inclusive,<br><br>Defendants.<br>_____/<br>AND RELATED ACTIONS<br>_____/ | Case No. 3:16-CV-00451-MMD-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT REFACCIONES NEUMATICAS' MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S RETAINED EXPERTS** |

COMES NOW Plaintiff CARRA OTTO, as the surviving spouse of RICHARD OTTO and as the Administratrix of the Estate of RICHARD OTTO and Defendant REFACCIONES NEUMATICAS LA PAZ, S.A. DE C.V. by and through their respective counsels and hereby stipulate the following:

Plaintiffs may have up and through November 1, 2018 in which to file their Opposition to Defendant Refacciones Neumaticas' Motion to Exclude Testimony of Plaintiff's Retained Experts.

Defendant REFACCIONES NEUMATICAS LA PAZ, S.A. DE C.V. shall have until Tuesday,

/////

/////

/////

/////

Our File No. 202527

November 13, 2018 in which to file their Reply.

Dated this 30th day of October 2018.    Dated this 30th day of October 2018.

BRADLEY, DRENDEL & JEANNEY    GLOGOVAC & PINTAR

 /s/ William C. Jeanney                          /s/ Michael Pintar
William C. Jeanney, Esq.                     Michael Pintar, Esq.

IT IS SO ORDERED.

DATED: October 31, 2018.

*William G. Cobb*
_____
UNITED STATES MAGISTRATE JUDGE

Our File No. 202527

LAW OFFICE OF
BRADLEY,
DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999