1  William C. Jeanney, Esq.
   Nevada State Bar No. 01235
2  BRADLEY, DRENDEL & JEANNEY
   P.O. Box 1987
3  Reno, NV 89505
   Telephone No. (775) 335-9999
4  Facsimile No. (775) 335-9993

5  *Attorneys for Plaintiffs*

6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8  CARRA OTTO, as the surviving spouse of        Case No. 3:16-cv-00451-MMD-WGC
   RICHARD OTTO; and CARRA OTTO as the
9  Administratrix of the Estate of RICHARD
   OTTO,
10
                   Plaintiffs,
11
   v.
12
   REFACCIONES NEUMATICAS LA PAZ,
13 S.A. DE C.V.; F & H MINE SUPPLY, a
   Foreign Corporation; MIDWESTERN, LLC;
14 ABC CORPORATIONS I-X, inclusive;
   BLACK AND WHITE COMPANIES I-X,
15 inclusive, and JOHN DOES I-X, inclusive,

16                 Defendants.
                                            /
17
   AND ALL RELATED ACTIONS
18                                          /

19        **STIPULATION TO DISMISS F & H MINE SUPPLY ONLY WITH PREJUDICE**

20        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs CARRA OTTO, as

21 the surviving spouse of RICHARD OTTO; and CARRA OTTO as the Administratrix of the Estate of

22 RICHARD OTTO, by and through their counsel of record, William C. Jeanney, Esq. of BRADLEY,

23 DRENDEL & JEANNEY, LTD., and Defendant F & H MINE SUPPLY by and through its counsel of

24 record, Bradley Taylor, Esq. of Gordon Rees Scully Mansukhani that Defendant F & H MINE SUPPLY

25 be dismissed with prejudice from the above-referenced matter with each of the parties to bear their own

26 /////

27 /////

28 /////

LAW OFFICE OF
BRADLEY,                              -1-
DRENDEL
& JEANNEY      Our File No. 202527
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

costs and fees

Dated this 7th day of May 2019.

BRADLEY, DRENDEL & JEANNEY

_____
William C. Jeanney, Esq.
*Attorneys for Plaintiffs*

Dated this 6th day of May 2019.

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

_____
Stephen C. Balkenbush, Esq. SBN 814
6590 S. McCarran Blvd., Suite B
Reno, NV 89509
(775) 786-2882
*Attorneys for Defendant
Mid-Western, LLC*

Dated this ____ day of _____ 2019.

GORDON & REES SCULLY

_____
Bradley Taylor
*Attorneys for Defendant F & H Mine Supply*

Dated this ____ day of _____ 2019.

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH, LLP

_____
Michael A. Pintar, Esq., SBN 3789
427 W. Plumb Lane
Reno, NV 89509
(775) 333-0400
*Attorneys for Defendant/Cross-Claimant
Refacciones Neumaticas La Paz, S.A.*

LAW OFFICE OF
BRADLEY,
DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 202527

-2-

costs and fees

Dated this \_\_\_\_\_ day of \_\_\_\_\_ 2019.          Dated this 29th day of April 2019.


BRADLEY, DRENDEL & JEANNEY          GORDON & REES SCULLY

*/s/ Bradley Taylor*

---
William C. Jeanney, Esq.            Bradley Taylor  SBN 13178
*Attorneys for Plaintiffs*          *Attorneys for Defendant F & H Mine Supply*

Dated this \_\_\_\_ day of \_\_\_\_\_ 2019.          Dated this \_\_\_\_ day of \_\_\_\_\_ 2019.

THORNDAL ARMSTRONG DELK             MCCORMICK, BARSTOW, SHEPPARD,
BALKENBUSH & EISINGER               WAYTE & CARRUTH, LLP


---
Stephen C. Balkenbush, Esq. SBN 814   Michael A. Pintar, Esq., SBN 3789
6590 S. McCarran Blvd., Suite B       427 W. Plumb Lane
Reno, NV 89509                        Reno, NV 89509
(775) 786-2882                        (775) 333-0400
*Attorneys for Defendant*             *Attorneys for Defendant/Cross-Claimant*
*Mid-Western, LLC*                    *Refacciones Neumaticas La Paz, S.A.*

Our File No. 202527

LAW OFFICE OF
BRADLEY,
DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

costs and fees

Dated this _____ day of _____ 2019.

BRADLEY, DRENDEL & JEANNEY

_____
William C. Jeanney, Esq.
*Attorneys for Plaintiffs*

Dated this _____ day of _____ 2019.

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

_____
Stephen C. Balkenbush, Esq. SBN 814
6590 S. McCarran Blvd., Suite B
Reno, NV 89509
(775) 786-2882
*Attorneys for Defendant
Mid-Western, LLC*

Dated: May 9, 2019

Dated this _____ day of _____ 2019.

GORDON & REES SCULLY

_____
Bradley Taylor
*Attorneys for Defendant F & H Mine Supply*

Dated this _____ day of _____ 2019.

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH, LLP

_____
Michael A. Pintar, Esq., SBN 3789
427 W. Plumb Lane
Reno, NV 89509
(775) 333-0400
*Attorneys for Defendant/Cross-Claimant
Refacciones Neumaticas La Paz, S.A.*

IT IS SO ORDERED.

_____
U.S. District Judge

LAW OFFICE OF
BRADLEY,
DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 202527

-2-