LAW OFFICE OF
BRADLEY,
DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARRA OTTO, as the surviving spouse of RICHARD OTTO; and CARRA OTTO as the Administratrix of the Estate of RICHARD OTTO,<br><br>Plaintiffs,<br><br>v.<br><br>REFACCIONES NEUMATICAS LA PAZ, S.A. DE C.V.; MIDWESTERN, LLC; ABC CORPORATIONS I-X, inclusive; BLACK AND WHITE COMPANIES I-X, inclusive, and JOHN DOES I-X, inclusive,<br><br>Defendants.<br>_____/<br>AND RELATED ACTIONS<br>_____/ | Case No. 3:16-CV-00451-MMD-WGC<br><br>**ORDER RE:**<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITIONS AND REPLIES (SECOND REQUEST)** |

COMES NOW Plaintiff CARRA OTTO, as the surviving spouse of RICHARD OTTO and as the Administratrix of the Estate of RICHARD OTTO and Defendants REFACCIONES NEUMATICAS LA PAZ, S.A. DE C.V. (Hereinafter RNP) and MIDWESTERN, LLC, by and through their respective counsels and hereby stipulate the following:

Currently before the Court are the following: Defendant RNP's Motion for Summary Judgment filed May 30, 2019 (ECF # 165); Defendant RNP's Motion to Exclude Quent Augspurger's Expert Opinions and Testimony filed May 31, 2019 (#166); and Defendant Mid-Western, LLC's Motion for Summary Judgment filed May 31, 2019 (ECF #167).

A stipulation was filed on June 14, 2019 (ECF $168) which gave Plaintiffs until Tuesday, July 30, 2019 in which to file their oppositions.

Our File No. 202527

-1-

Plaintiffs have been working diligently on the three oppositions. Unfortunately, Plaintiff's counsel had a family emergency and had to leave the State. The parties have agreed that Plaintiffs may have until Tuesday, August 6, 2019 in which to file her Replies to all the above motions, i.e. 165, 166 and 167

Defendants shall have until August 27, 2019 in which to file their Replies.

Dated this 29th day of July 2019.

BRADLEY, DRENDEL & JEANNEY

/s/ William C. Jeanney
William C. Jeanney, Esq.
*Attorneys for Plaintiffs*

Dated this 29th day of July 2019.

GLOGOVAC & PINTAR

/s/ Michael Pintar
Michael Pintar, Esq.
*Attorneys for Defendant RNP*

Dated this 29th day of July 2019.

THORNDAL, BALKENBUSH & EISINGER

/s/ Stephen C. Balkenbush
Stephen C. Balkenbush, Esq.
*Attorneys for Defendant Midwestern, LLC*

It is so ordered.

Dated this 31st day of July, 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

-2-

Our File No. 202527