# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CARRA OTTO, as the surviving spouse of RICHARD OTTO; and CARRA OTTO as the Administratrix of the Estate of RICHARD OTTO,

Plaintiffs,

v.

REFACCIONES NEUMATICAS LA PAZ, S.A., DE C.V.; F & H MINE SUPPLY, a Foreign Corporation; MIDWESTERN, LLC; ABC CORPORATIONS I-X, inclusive; BLACK AND WHITE COMPANIES I-X, inclusive, and JOHN DOES I-X, inclusive,

Defendants.

AND RELATED ACTIONS

CASE NO. 3:16-CV-00451-MMD-WGC

ORDER RE:

**STIPULATION TO DISMISS MID-WESTERN, LLC ONLY WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, CARRA OTTO, as the surviving spouse of RICHARD OTTO; and CARRO OTTO as the Administratrix of the Estate of RICHARD OTTO, by and through their counsel of record, William C. Jeanney, Esq. of Bradley, Drendel & Jeanney, Ltd., and Defendant, MID-WESTERN, LLC, by and through its counsel, Stephen C. Balkenbush, Esq., of the law firm of Thorndal Armstrong Delk Balkenbush & Eisinger, that Defendant, MID-WESTERN, LLC, be dismissed with prejudice from the above-referenced matter with each of the parties to bear their own costs and attorney's

- 1 -

fees.

DATED this 9th day of October, 2019.

BRADLEY DRENDEL & JEANNEY

By: _____
William C. Jeanney, Esq., SBN 01235
P.O. Box 1987
Reno, NV 89505
(775) 335-9999
Attorneys for Plaintiff
CARRA OTTO

DATED this 9th day of October, 2019.

THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER

By: _____
Stephen C. Balkenbush, Esq., SBN 1814
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
Attorneys for Defendant
MID-WESTERN, LLC

DATED this 9th day of October, 2019.

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH, LLP

By: _____
Michael A. Pintar, Esq., SBN 3789
241 Ridge Street, Suite 300
Reno, NV 89501
(775) 333-0400
Attorneys for Defendant
REFACCIONES NEUMATICAS LA PAZ
S.A. DE C.V.

## ORDER

Based upon the Stipulation of the parties to the above-entitled action, and good cause appearing:

IT IS SO ORDERED.

DATED this 9th day of October, 2019.

_____
MIRANDA DU
U.S. DISTRICT JUDGE