UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CARRA OTTO, AS THE SURVIVING SPOUSE OF RICHARD OTTO, AND CARRA OTTO AS THE ADMINISTRATRIX OF THE ESTATE OF RICHARD OTTO,<br><br>Plaintiffs,<br><br>v.<br><br>REFACCIONES NEUMATICAS LA PAZ, S.A., DE C.V.,<br><br>Defendant. | Case No. 3:16-cv-00451-MMD-WGC<br><br>ORDER |
| AND ALL RELATED CASES | |

This is a products liability case. The purpose of this order is to ascertain the status of certain ancillary claims.

The Court first addresses Refacciones Neumaticas La Paz, S.A. DE C.V. ("RNP")'s cross-claims for contribution and indemnification it filed against F & H Mine Supply ("F & H") and Mid-Western, LLC. (ECF No. 88 at 8-11.) The status of these cross-claims is unclear to the Court (ECF Nos. 164 and 180 do not explicitly state that RNP is dismissing its cross-claims against F & H and Mid-Western, LLC, but they do say those parties are dismissed, and RNP's counsel signed ECF No. 179), so the Court will direct RNP to file a status report about them.

Next, the Court notes it granted the parties' stipulation of dismissal of claims against F & H on May 9, 2019. (ECF No. 164.) But on February 2, 2017, F & H filed a third party complaint against International Mine Supply, Inc. ("International Mine") (ECF No. 33), who had filed bankruptcy in June 2016 (ECF No. 37). F & H recognized that the automatic stay applied (ECF No. 41) and took no further action with respect to the third party complaint.

It is therefore ordered that F & H must file a status report within ten days as to the status of International Mine's bankruptcy and whether it intends to seek to lift the automatic stay. F & H's failure to file a timely status report will result in dismissal of its third party complaint against International Mine.

It is further ordered that RNP must file a status report with the Court within ten days regarding its cross-claims against F & H and Mid-Western, LLC, including whether RNP intends to pursue them. RNP's failure to timely respond to this order will result in dismissal of these cross-claims.

DATED THIS 25th day of February 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE