1  McCormick, Barstow, Sheppard,
2  Wayte & Carruth LLP
   Michael A. Pintar
3  Nevada Bar No. 3789
       michael.pintar@mccormickbarstow.com
4  241 Ridge Street, Suite 300
   Reno, Nevada 89501
5  Telephone:    (775) 333-0400
   Facsimile:    (775) 333-0412
6
   *Attorneys for Defendant Refacciones Neumaticas*
7  *La Paz S.A. De C.V.*

8

9                  UNITED STATES DISTRICT COURT

10                       DISTRICT OF NEVADA

11

12 | CARRA OTTO,                          | Case No. 3:16-cv-00451-MMD-WGC
13 |         Plaintiff,                   | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
14 |    v.
15 | REFACCIONES NEUMATICAS LA PAZ
   | S.A. DE C.V.;
16 |
   |         Defendants.
17

18

19      The parties hereto, by and through their undersigned counsel, hereby stipulate and agree that

20 the above-entitled matter may be dismissed with prejudice, with each party to bear their own

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. SUNSET RD SUITE 350
LAS VEGAS, NV 89113

Case No. 3:16-cv-00451-MMD-WGC
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1  attorney's fees and costs.

2  DATED this 17th day of August, 2020

3                                    McCORMICK, BARSTOW, SHEPPARD,
                                     WAYTE & CARRUTH LLP

6  By _____
   Michael A. Pintar
7  Nevada Bar No. 3789
   241 Ridge Street, Suite 300
8  Reno, Nevada 89501
   Tel. (775) 333-0400
9  Attorneys for Refacciones Neumaticas La Paz
10 S.A. De C.V.

12 DATED this _____ day of August, 2020

13                                   BRADLEY DRENDEL & JEANNEY

16 By _____
   William C. Jeanney
17 6900 South McCarran Boulevard, Suite 2000
   Reno, Nevada 89505
18 Tel. (775) 335-9999

19 Attorneys for Plaintiff

                        **ORDER**

22 **IT IS SO ORDERED.**

23 DATED: this 17th day of August, 2020.

25 _____
   UNITED STATES DISTRICT COURT JUDGE

28 037996-000000 7021960.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD SUITE 350
LAS VEGAS, NV 89113

2                                              Case No. 3:16-cv-00451-MMD-WGC
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE